| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| ALLEN HYMAN, ESQ. (CBN: 73371)<br>CHRISTINE COVERDALE, ESQ. (CBN: 195635)<br>LAW OFFICES OF ALLEN HYMAN<br>10737 Riverside Drive<br>North Hollywood, California 91602<br>T: 818-763-6289 or 323-877-3405<br>F: 818-763-4676<br>Email: lawoffah@aol.com | FILED<br>2008 MAY 28  PM 1:55<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |
| ATTORNEYS FOR: Plaintiff, AUDIO FIDELITY, INC., dba MORADA MUSIC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AUDIO FIDELITY, INC., d/b/a MORADA MUSIC,<br><br>                                        Plaintiff(s),<br>v.<br><br>ROK Entertainment Group Inc., ROK Group, Ltd.,<br>Jonathan Kendrick,<br><br>                                        Defendant(s) | CASE NUMBER<br><br>CV08-03492 DDP (FFMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff, AUDIO FIDELITY, INC., dba MORADA MUSIC
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Audio Fidelity, Inc., d/b/a Morada Music | Plaintiff |
| ROK Entertainment Group, Inc. | Defendant |
| ROK Group, Ltd. | Defendant |
| Jonathan Kendrick | Defendant |

5/28/08
Date

Sign

Atty for Plaintiff, AUDIO FIDELITY, INC., d/b/a MORADA MUSIC
Attorney of record for or party appearing in pro per

---

CV-30 (12/03)                                              **NOTICE OF INTERESTED PARTIES**